UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| POMONA VALLEY HOSPITAL MEDICAL CENTER, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Case No. 18-cv-2763 (ABJ) |
| ALEX M. AZAR II, Secretary of Health and Human Services, | ) ) ) |  |
| Defendant. | ) ) ) |  |

**JOINT REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 16 & 26(f), LCvR 16.3, and this Court's March 15, 2019, Order directing the parties to meet, confer, and file a Joint Report and briefing schedule (the "Order"), the parties have conferred and hereby state as follows:

1. The parties agree that this case is exempt from the requirements of Fed. R. Civ. P. 16(b) and 26(f) and LCvR 16.3 because it is an action for review on an administrative record. *See* LCvR 16.3(b)(1). The parties additionally agree that this case is likely to be disposed of by dispositive motions. *See* LCvR 16.3(c)(1).

2. The parties agree that no other parties need be joined and the pleadings need not be amended. *See* LCvR 16.3(c)(2).

3. The parties agree that this case need not be assigned to a magistrate judge. *See* LCvR 16.3(c)(3).

4. The parties agree that there is not a realistic possibility of settling the case at this time. *See* LCvR 16.3(c)(4).

5. The parties agree that this case would not benefit from the Court's alternative dispute resolution procedures. *See* LCvR 16.3(c)(5).

6. The parties agree that the case can be resolved by cross motions for summary judgment, as contemplated by the Court's Order. *See* LCvR 16.3(c)(6). At the Secretary's request, the parties propose the following schedule:

   a. Defendant files certified list(s) of the contents of the administrative record under LCvR 7(n) no later than April 12, 2019;

   b. Plaintiff files motion for summary judgment no later than May 29, 2019;

   c. Defendant files combined opposition and cross-motion for summary judgment no later than July 29, 2019;

   d. Plaintiff files combined opposition and reply no later than September 27, 2019; and

   e. Defendant files reply no later than November 26, 2019.

7. The parties agree to dispense with initial disclosures. *See* LCvR 16.3(c)(7).

8. The parties agree that discovery is not necessary because this is an action for review of an administrative record. *See* LCvR 16.3(c)(8).

9. The parties agree that there are no issues about the disclosure, discovery, or preservation of electronically stored information. *See* LCvR 16.3(c)(9).

10. The parties agree that there are no issues about claims of privilege or protection of trial-preparation materials. *See* LCvR 16.3(c)(10).

11. The parties agree that there is no need for an exchange of expert reports. *See* LCvR 16.3(c)(11).

12. The parties agree that this is not a class action. *See* LCvR 16.3(c)(12).

13. The parties agree that there is no need to bifurcate this case or manage it in phases. *See* LCvR 16.3(c)(13).

14. The parties agree that there is no need for a pretrial conference. *See* LCvR 16.3(c)(14).

15. The parties agree that this Court need not set a trial date. *See* LCvR 16.3(c)(15).

16. The parties agree that there are no other matters that need be included in this report. *See* LCvR 16.3(c)(16).

Dated: March 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Civil Division

*/s/ Peter M. Bryce*
PETER M. BRYCE
(IL Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov
<u>Attorney for Defendant</u>

*/s/ Robert L. Roth*
Robert L. Roth (DC Bar No. 441803)
Kelly A. Carroll (DC Bar No. 1018485)
HOOPER LUNDY & BOOKMAN, P.C.
401 9th Street, NW, Suite 550
Washington, DC 20004
Phone: (202) 580-7700
Fax: (202) 580-7719
E-mail: rroth@health-law.com

E-mail: kcarroll@health-law.com
<u>Attorneys for Plaintiff</u>