UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| POMONA VALLEY HOSPITAL MEDICAL CENTER, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-02763-ABJ |
| ALEX M. AZAR II, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendant, Alex M. Azar, in his official capacity as Secretary of Health and Human Services (the "Secretary"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order (ECF No. 19) and Memorandum Opinion (ECF No. 20) entered in this action on September 30, 2020, granting in part and denying in part plaintiff's motion for summary judgment, denying the Secretary's cross-motion for summary judgment, and remanding this matter to the Secretary for further proceedings, and from all previous rulings entered in this action.

Dated:  November 24, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Peter M. Bryce*_____
PETER M. BRYCE
(IL Bar No. 6244216)

1

Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov
<u>Attorney for Defendant</u>