UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| POMONA VALLEY HOSPITAL MEDICAL CENTER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEX M. AZAR II, Secretary,<br>U.S. Department of Health and Human Services<br><br>　　　　　　　　Defendant. | Civil Action No. 18-cv-02763 (ABJ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Pomona Valley Hospital Medical Center in the above-captioned action hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order (Dkt. No. 19) and Memorandum Opinion (Dkt. No. 20) entered in this action on September 30, 2020:  (a) granting in part and denying in part Plaintiff's Cross Motion for Summary Judgment, (b) denying Defendant's Motion for Summary Judgment, and (c) remanding this action to allow Defendant to produce new evidence, instead of setting aside Defendant's final decision and remanding this action to Defendant to recalculate and pay Plaintiff the additional Medicare amounts due.   Plaintiff appeals the remand portion of the final Order and Opinion without setting aside Defendant's final decision and requiring Defendant on remand to recalculate and pay Plaintiff the additional Medicare amounts due.

Dated:  November 28, 2020

Laurence D. Getzoff
Alicia W. Macklin
HOOPER LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA  90067-2517
Tel:  (310) 551-8111

Respectfully submitted,

/s/ Robert L. Roth
Robert L. Roth (DC Bar No. 441803)
Kelly A. Carroll (DC Bar No. 1018485)
HOOPER LUNDY & BOOKMAN, P.C.
401 9th Street, NW, Suite 550
Washington, D.C.  20004
Tel.: (202) 580-7700

| | |
|---|---|
| Fax: (310) 551-8181 | Fax: (202) 580-7719 |
| E-mail: lgetzoff@health-law.com | E-mail: rroth@health-law.com |
| E-mail: amacklin@health-law.com | E-mail: kcarroll@health-law.com |

*Counsel for Plaintiff Pomona Valley Hospital Medical Center*